UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-10028 CR-MARTINEZ

18 U.S.C. § 371
33 U.S.C. § 1908(a)

MAGISTRATE JUDGE
BROWN

UNITED STATES OF AMERICA

v.

JUAN GARCIA
and
JOSE RODRIGUEZ,
       Defendants.
_____/



FILED by _____ D.C.
AUG 18 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

### INDICTMENT

The Grand Jury charges that:

### COUNT I
(Conspiracy)

On or about July 15, 2009, upon the high seas and out of the jurisdiction of any particular State or district, with Monroe County, in the Southern District of Florida, being the district to which the offenders were first brought, the defendants,

**JUAN GARCIA**
**and**
**JOSE RODRIGUEZ,**

did willfully, that is, with the intent to further the object of the conspiracy, and knowingly combine, conspire, confederate, and agree with each other, to commit an offense against the United States, that is: to discharge plastic, to wit, a plastic fuel container, into the sea while on board a ship, in violation of Title 33, United States Code, Section 1908(a); Title 33, Code of Federal Regulations, Section 151.67; and MARPOL, Annex V, Regulation 3.



## OVERT ACTS

In furtherance of the conspiracy, and to effect the object thereof, there was committed and caused to be committed by the conspirators herein upon the high seas, the following overt acts, among others:

1. On or about July 15, 2009, **JUAN GARCIA** threw a plastic fuel container from a ship into the ocean.

2. On or about July 15, 2009, **JOSE RODRIGUEZ** threw a plastic fuel container from a ship into the ocean.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2
(Discharge of Plastic)

On or about July 15, 2009, upon the high seas and out of the jurisdiction of any particular State or district, with Monroe County, in the Southern District of Florida, being the district to which the offenders were first brought, the defendants,

**JUAN GARCIA**
and
**JOSE RODRIGUEZ,**

did, knowingly discharge plastic, that is, a plastic fuel container, into the sea while on board a

ship; in violation of Title 33, United States Code, Section 1908(a); Title 33, Code of Federal Regulations, Section 151.67; MARPOL, Annex V, Regulation 3; and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
JEFFREY H. SLOMAN
ACTING UNITED STATES ATTORNEY

_____
JAIME A. RAICH
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. _____ |
| vs. | |
| JUAN GARCIA and JOSE RODRIGUEZ, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| **Defendants.** _____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

New Defendant(s)     Yes ____  No ____
Number of New Defendants ____
Total number of counts ____

____ Miami    _X_ Key West
____ FTL      ____ WPB     ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  _Yes_
   List language and/or dialect  _Spanish_

4. This case will take  _2_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   I    0 to 5 days       _X_               Petty      ____
   II   6 to 10 days      ____              Minor      ____
   III  11 to 20 days     ____              Misdem.    ____
   IV   21 to 60 days     ____              Felony     _X_
   V    61 days and over  ____

6. Has this case been previously filed in this District Court? (Yes or No)  _No_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)  _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ____ Yes  _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  ____ Yes  _X_ No

                                           _____
                                           JAMIE A. RAICH
                                           ASSISTANT UNITED STATES ATTORNEY
                                           Florida Bar# 0040111

*Penalty Sheet(s) attached                                           REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __JUAN GARCIA__

Case No: _____

Count #: 1
Conspiracy To Discharge Plastic Into The Sea

18 U.S.C. § 371

* Max. Penalty: 5 years' imprisonment

Count #: 2
Discharging Plastic Into The Sea

33 U.S.C. § 1908(a)

*Max. Penalty: 6 years' imprisonment

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __JOSE RODRIGUEZ__

Case No: ____

Count #: 1

Conspiracy To Discharge Plastic Into The Sea

18 U.S.C. § 371

* Max. Penalty: 5 years' imprisonment

Count #: 2

Discharging Plastic Into The Sea

33 U.S.C. § 1908(a)

*Max. Penalty: 6 years' imprisonment

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.