UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-10028-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUAN GARCIA, et al.

    Defendants.
_____/

### O R D E R

THIS CAUSE is before the Court on defendant **Juan Garcia's** Motion for Reduction of Bond (DE 30) and Unopposed Renewed Motion for Reduction of Bond (DE 32) which were referred to United States Magistrate Judge, Lurana S. Snow. A hearing was held on the motions on November 4, 2009. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motions are GRANTED in part. Defendant **Jean Garcia's** bond is reduced to a $100,000.00 personal surety bond and a $10,000.00 cash bond with a 10% deposit into the Registry of the Court. The defendant shall:

    1. Surrender and/or do not obtain passports or travel documents,

    2. Report to the U.S. Probation/Pretrial Office as directed, and

    3. The defendant's adult children are not to obtain passports or travel documents.

DONE AND ORDERED at Fort Lauderdale, Florida, this 5th day of **November,** 2009.

                                    /s/ Lurana S. Snow
                                LURANA S. SNOW
                            UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Jaime Raich (MIA)
Alejandro De Varona, Esq.
U.S. Probation Office